UNITED STATES BANRKUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
    AMY and NEVIN HARE                    : CHAPTER 13
        Debtors                                  : CASE NO. 15-16139-MDC

_____

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the NOTICE AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES by first class mail and/or electronic means:

Date Served: April 11, 2019

Persons Served:

Amy and Nevin Hare
3105 Swede Road
Norristown, PA  19401
(via mail)

William C. Miller, Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA  19107
(via ECF)

Office of U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107
(via ECF)

All creditors requesting notice
(via ECF)

/s/ James V. Monaghan_____
JAMES V. MONAGHAN
Attorney for Debtor
I.D. #62312
25 West Airy Street
Norristown, PA  19401
(610) 275-5800