**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  AMY and NEVIN HARE, JR.        :       NO:  15-16139-mdc
                  Debtors        :       CHAPTER 13

**CERTIFICATION OF NO RESPONSE TO DEBTORS' APPLICATION FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

   I, JAMES V. MONAGHAN, counsel for Debtors, Amy and Nevin Hare, Jr., hereby certify that no answer has been served or filed to the Debtors' Application for Compensation and Reimbursement for Expenses in the above matter.

                                   /s/ James V. Monaghan
                                   JAMES V. MONAGHAN
                                   25 West Airy Street
                                   Norristown, PA 19401
                                   (610) 275-5800

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ROBERT L. GERO           :     NO: 17-15066
               Debtor        :     CHAPTER 7

**CERTIFICATE OF SERVICE**

I, JAMES V. MONAGHAN, hereby certify that I caused a copy of the Certification of No Response to Debtor's Motion to Convert Case From One Under Chapter 7 to One Under Chapter 13 to be served on the following parties by mail and/or electronic means on January 9, 2018.

Lynne E. Feldman, Trustee
221 North Cedar Crest Boulevard
Allentown, PA  18014

Office of the U.S. Trustee
601 Walnut St, Room 950 W
Philadelphia, PA  19106

/s/James V. Monaghan
JAMES V. MONAGHAN
25 West Airy Street
Norristown, PA 19401