United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-16139-mdc
Amy K Hare                                                                Chapter 13
Nevin R Hare, Jr.
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: Stacey           Page 1 of 1                Date Rcvd: May 02, 2019
                                 Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/jdb       +Amy K Hare,    Nevin R Hare, Jr.,    3105 Swede Road,    Norristown, PA 19401-1339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Quicken Loans Inc. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JAMES V. MONAGHAN    on behalf of Joint Debtor Nevin R Hare, Jr. jmonaghan@norristownlegal.com,
           lroney@norristownlegal.com
          JAMES V. MONAGHAN    on behalf of Debtor Amy K Hare jmonaghan@norristownlegal.com,
           lroney@norristownlegal.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AMY and NEVIN HARE  :  Chapter 13
           :
   Debtors     :  CASE NO. 15-16139-MDC

# O R D E R

  **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicants") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' certification of no response,

  It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00.**

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicants as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2   less **$2,000.00** which was paid by the Debtors' prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: May 2, 2019

          **MAGDELINE D. COLEMAN**
          **U.S. BANKRUPTCY JUDGE**