Certificate Number: 00927-PAE-DE-034780914

Bankruptcy Case Number: 15-16139



00927-PAE-DE-034780914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2020</u>, at <u>7:41</u> o'clock <u>PM EDT</u>, <u>Amy K Hare</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>August 17, 2020</u>          By:    <u>/s/Guillermo Contreras for RICHARD A GARCIA</u>

Name:   <u>RICHARD A GARCIA</u>

Title:   <u>PRESIDENT and INSTRUCTOR</u>