Certificate Number: 00927-PAE-DE-034780905

Bankruptcy Case Number: 15-16139



00927-PAE-DE-034780905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2020, at 1:07 o'clock PM EDT, Nevin R Hare completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 17, 2020            By:    /s/Guillermo Contreras for RICHARD A GARCIA

Name:  RICHARD A GARCIA

Title:   PRESIDENT and INSTRUCTOR