United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16139-mdc |
| Amy K Hare | Chapter 13 |
| Nevin R Hare, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amy K Hare, Nevin R Hare, Jr., 3105 Swede Road, Norristown, PA 19401-1339 |
| cr | + | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13586793 | + | American Heritage FCU, P.O. Box 52458, Philadelphia, PA 19115-7458 |
| 13586795 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 13586794 | | Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220 |
| 13615639 | | Bank of America, N.A., P.O. Box 940186, Simi Valley, CA 93094-0186 |
| 13625178 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13586797 | + | Citi Cards, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13668669 | + | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13586802 | | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 13586805 | | TD Bank, Mail Stop NJ5-002-215, Mount Laurel, NJ 08054 |
| 13586804 | | Target, P.O. Box 660170, Dallas, TX 75266-0170 |
| 13586807 | + | Wells Fargo Bank, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 13608217 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13648855 | | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13600852 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2021 06:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 13586799 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2021 06:52:00 | Honda Financial, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 13607016 | + | Email/Text: broman@amhfcu.org | Jan 20 2021 06:52:00 | American Heritage, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 13586798 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 20 2021 06:59:22 | Dell Financial Services, P.O. Box 81577, Austin, TX 78708-1577 |
| 13586796 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:01:59 | Chase, P.O. Box 15298, Wilmington, DE 19850-5296 |

Case 15-16139-mdc    Doc 41    Filed 01/21/21    Entered 01/22/21 01:07:43    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13586800 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 06:51:00 | Kohls, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 13586801 | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 06:59:05 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 13726397 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 06:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13600846 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 20 2021 06:52:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 13586803 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 06:59:05 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13597137 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 06:52:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13685888 | | Email/Text: bankruptcy@td.com | Jan 20 2021 06:52:00 | TD Bank, 70 Gray Road, Falmouth, ME 04105 |
| 13586806 | + | Email/Text: susan.maria-martinka@uhsinc.com | Jan 20 2021 06:53:00 | The Horsham Clinic, 722 East Butler Pike, Ambler, PA 19002-2310 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13621095 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Quicken Loans Inc. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JAMES V. MONAGHAN | on behalf of Joint Debtor Nevin R Hare  Jr. jmonaghan@norristownlegal.com, lroney@norristownlegal.com;monaghanjr92724@notify.bestcase.com |
| JAMES V. MONAGHAN | on behalf of Debtor Amy K Hare jmonaghan@norristownlegal.com |

Case 15-16139-mdc    Doc 41    Filed 01/21/21    Entered 01/22/21 01:07:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 31 |

| | |
|---|---|
| | lroney@norristownlegal.com;monaghanjr92724@notify.bestcase.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Quicken Loans Inc. Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| TRANG V TRUONG | on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Amy K Hare and Nevin R Hare, Jr.

    Debtor(s)

Bankruptcy No: 15−16139−mdc

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 1/19/21

40 − 38
Form 138_new