United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16139-mdc |
| Amy K Hare | Chapter 13 |
| Nevin R Hare, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amy K Hare, Nevin R Hare, Jr., 3105 Swede Road, Norristown, PA 19401-1339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Quicken Loans Inc. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JAMES V. MONAGHAN | on behalf of Joint Debtor Nevin R Hare  Jr. jmonaghan@norristownlegal.com, lroney@norristownlegal.com;monaghanjr92724@notify.bestcase.com |
| JAMES V. MONAGHAN | on behalf of Debtor Amy K Hare jmonaghan@norristownlegal.com lroney@norristownlegal.com;monaghanjr92724@notify.bestcase.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Quicken Loans Inc. Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 195 | Total Noticed: 1 |

        on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
        on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
        on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

THOMAS I. PULEO
        on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

TRANG V TRUONG
        on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
        ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Amy K Hare and Nevin R Hare, Jr. : Case No. 15−16139−mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , February 19, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

47
Form 195